```
                            United States Bankruptcy Court
                                District of Puerto Rico
In re:                                                          Case No. 18-03934-MCF
EDUARDO LORENZO BERRIOS MARCANO                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3          User: admin              Page 1 of 1           Date Rcvd: Jul 12, 2018
                              Form ID: 309I            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
db           +EDUARDO LORENZO BERRIOS MARCANO,    URB. CONDADO MODERNO,    L16 CALLE 14,
               Caguas, PR 00725-2445
aty          +VIVIAN NAHIR LOPEZ ROSARIO,    ALMEIDA & DAVILA PSC,    PO BOX 191757,    SAN JUAN, PR 00919-1757
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
smg          +PR DEPARTMENT OF LABOR,    PO BOX 195540,    HATO REY, PR 00919-5540
4607636      +DELIA PINERO ROBLES,    URB. CONDADO MODERNO,    L16 CALLE 14,    Caguas, PR 00725-2445
4607637       ISLAND PORTFOLIO SERVICES,LLC.,    221 PLAZA SUITE C-2,    PONCE DE LEON AVE,
               San Juan, PR 00919
4607638       LCDO. WALBERT PABON GONZALEZ,    PO BOX 71418,    San Juan, PR 00936-8518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: adecfmail@gmail.com Jul 12 2018 18:53:06      ENRIQUE M ALMEIDA BERNAL,
               ALMEIDA & DAVILA PSC,    PO BOX 191757,    SAN JUAN, PR 00919-1757
tr            E-mail/Text: ebnmail@ch13-pr.com Jul 12 2018 18:53:09      JOSE RAMON CARRION MORALES,
               PO BOX 9023884,    SAN JUAN, PR 00902-3884
smg           EDI: PRTREAS Jul 12 2018 22:43:00      DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,
               OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg           E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jul 12 2018 18:53:36      US TRUSTEE,
               EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1922
ust           E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jul 12 2018 18:53:35      MONSITA LECAROZ ARRIBAS,
               OFFICE OF THE US TRUSTEE (UST),    OCHOA BUILDING,    500 TANCA STREET SUITE 301,
               SAN JUAN, PR 00901
4607634       E-mail/Text: marilyn.gonzalez@popular.com Jul 12 2018 18:54:05      BANCO POPULAR,
               BANKRUPTCY DEPT,    PO BOX 362708,    San Juan, PR 00936-2708
4607635       E-mail/Text: cfigueroa@crimpr.net Jul 12 2018 18:54:10      CRIM,    BANKRUPTCY DEPT,
               PO BOX 195387,    SAN JUAN, PR 00919-5387
4607639      +E-mail/Text: bknotices@orientalfg.com Jul 12 2018 18:54:06      ORIENTAL BANK,    BANKRUPTCY DEPT,
               PO BOX 195115,    SAN JUAN, PR 00919-5115
4607640       E-mail/Text: marilyn.gonzalez@popular.com Jul 12 2018 18:54:05      POPULAR AUTO INC.,
               BANKRUPTCY DEPT.,    PO BOX 366818,    SAN JUAN, PR 00936-6818
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **EDUARDO LORENZO BERRIOS MARCANO** | Social Security number or ITIN  xxx–xx–3839 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Puerto Rico** | Date case filed for chapter  13   7/12/18 |
| Case number: | 18–03934 –MCF 13 | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | EDUARDO LORENZO BERRIOS MARCANO | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | URB. CONDADO MODERNO<br>L16 CALLE 14<br>Caguas, PR 00725 | |
| 4. | **Debtor's attorney**<br>Name and address | ENRIQUE M ALMEIDA BERNAL<br>ALMEIDA & DAVILA PSC<br>PO BOX 191757<br>SAN JUAN, PR 00919–1757 | Contact phone (787) 722–2500<br>Email  adecfmail@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902–3884 | Contact phone 787 977–3535<br>Email  newecfmail@ch13–pr.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901 | Hours open 8:00 AM – 4:00 PM<br>Contact phone (787) 977–6000<br>Date: 7/12/18 |

**For more information, see page 2**

Debtor  **EDUARDO LORENZO BERRIOS MARCANO**                                                                     Case number **18–03934**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 15, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**OCHOA BUILDING, 500 TANCA STREET ,**<br>**FIRST FLOOR, SAN JUAN, PR 00901** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/15/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/20/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/8/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The hearing on confirmation will be held on:<br>**9/7/18** at **01:30 PM** , Location: **300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR 00901**<br><br>An objection to confirmation of the chapter 13 plan shall be filed at least 7 days prior to the hearing on confirmation.<br><br>The confirmation hearing may be continued by announcement at the confirmation hearing of the continued date and time without further written notice. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |