IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the matter of: | CASE NO. 18-03934-MCF |
| **EDUARDO LORENZO BERRIOS MARCANO** | CHAPTER 13 |
| Debtor | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

Comes now attorney **VERONICA DURAN CASTILLO**, and in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 10001(5), appears herein as attorney for creditor **POPULAR AUTO LLC (former Popular Leasing and Rental, Inc.)** and respectfully requests, as creditor and/or party in interest in the above captioned case, to be included in its Master Address List and that all notices and documents filed in this case be mailed to the attention of the undersigned.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 31ST day of July 2018.

## CERTIFICATE OF SERVICE

I hereby certify that today, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Enrique M. Almeida Bernal, Esq.,** Attorney for debtor; to **Jose R. Carrion Morales, Esq.**, Chapter 13 Trustee; and I hereby certify that I have mailed by the US Postal Service the document to the following non CM/ECF participant(s): **Eduardo L. Berrios Marcano**, debtor, Urb. Condado Moderno, L16 Calle 14, Caguas, PR 00725.

**/s/ VERONICA DURAN CASTILLO, ESQ.**
U.S.D.C. 224413
Attorney for Popular Auto LLC
Consumer Bankruptcy Department
PO Box 366818
San Juan, PR 00936-6818
Tel. (787)753-7849; Fax (787)751-7827
E-mail: Veronica.Duran@popular.com