United States Bankruptcy Court
District of Puerto Rico

In re:  
EDUARDO LORENZO BERRIOS MARCANO  
    Debtor

Case No. 18-03934-MCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: rodriguez     Page 1 of 1     Date Rcvd: Dec 07, 2018  
                      Form ID: pdf002     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
```
db             +EDUARDO LORENZO BERRIOS MARCANO,    URB CONDADO MODERNO,    L16 CALLE 14,    CAGUAS, PR 00725-2445
aty             MAYRA M ARGUELLES ALVAREZ (ZF),    JOSE R CARRION CHAPTER 13,    PO BOX 9023884,
                 SAN JUAN, PR   00902-3884
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
```
              ENRIQUE M ALMEIDA BERNAL    on behalf of Debtor EDUARDO LORENZO BERRIOS MARCANO
               adecfmail@gmail.com,    almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,
               almeidadavilapr2@gmail.com
              JAIME   RUIZ SALDANA    on behalf of Creditor    ORIENTAL BANK CCU JRUIZ@JRSLAWPR.COM,
               rasanchez@orientalbank.com
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              VERONICA   DURAN CASTILLO    on behalf of Creditor    POPULAR AUTO vduran@bppr.com,
               duranvero@gmail.com
              ZELMA B DAVILA CARRASQUILLO    on behalf of Debtor EDUARDO LORENZO BERRIOS MARCANO
               adecfmail@gmail.com,    almeidadavilapr@gmail.com,almeidadavilapr2@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO
### MINUTES OF HEARING

**Hearing Information:**

| | | | |
|---|---|---|---|
| Debtor: | EDUARDO BERRIOS MARCANO | Case Number: | 18-03934-MCF |
| Joint Debtor: | | Chapter: | 13 |
| Date / Time / Room: | 12-6-2018 at 1:30 PM | Courtroom: | 03 |
| Bankruptcy Judge: | MILDRED CABAN FLORES | | |
| Courtroom Clerk: | DENNIS RODRIGUEZ | | |
| Reporter / ECR: | GRACIELA MUNIZ | | |

**Matter:**
CONFIRMATION HEARING

**Appearances:**
- [ ] Debtor
- [x] Debtor's Attorney
- [x] Trustee
- [ ] Creditors/Others:

**Proceedings:**
**ORDER:**

[ ] Plan Dated:_____ [Docket no. ____] is: [ ] CONFIRMED [ ] NOT CONFIRMED

[ ] Favorable recommendation in open court._____

[ ] LBR 3015-3(g) applies.

[x] Hearing on Confirmation is continued to: **February 21, 2019 @ 9:00 AM**.

[ ] Movant's application to withdraw motion is GRANTED. RE:____.

[ ] The motion to convert filed by _____ Docket No.____ is: [ ] Granted [ ] Denied [ ] Withdrawn [ ] Moot.

[ ] Additional Comments:

/S/ MILDRED CABAN FLORES
U.S. Bankruptcy Judge