```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>EDUARDO LORENZO BERRIOS MARCANO<br><br>            DEBTOR (S) | CASE NO. 18-03934-MCF<br><br>   CHAPTER 13 |

                          Trustee's Position
                Regarding Application for Attorney's Fees

TO THE HONORABLE COURT:

     NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

     1. The Trustee has no opposition to:
Application for Attorney's Fees.(Docket # 45 ).


     WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropriate.

     CERTIFICATE OF SERVICE:  The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to:  Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

     In San Juan, Puerto Rico this Friday, October 25, 2019.


                                        /s/ Nannette Godreau -Staff Attorney
                                        JOSE R. CARRION
                                        CHAPTER 13 TRUSTEE
                                        P.O. Box 9023884, Old San Juan Sta.
                                        San Juan, P.R. 00902-3884
                                        Tel (787)977-3535  FAX (787)977-3550