IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EDUARDO LORENZO BERRIOS MARCANO<br><br>xx-xx-3839<br><br>Debtor(s) | CASE NO. 18-03934-MCF13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON NOV/20/2019 |

ORDER

The application for allowance of compensation filed by Almeida & Davila P. S. C., (docket #45), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20 day of November, 2019.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge