IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

**EDUARDO LORENZO BERRIOS MARCANO**   **CAE NO. 18-03934 MCF**

XXX-XX-3839

**CHAPTER 13**

**Debtor**

---

**TRUSTEE'S MOTION REQUESTING AUTHORIZATION
TO CONSIGN FUNDS**

**TO THE HONORABLE COURT:**

**COMES NOW,** Jose R, Carrion, standing Chapter 13 Trustee herein after the "Trustee" through the undersigned attorney, very respectfully, STATES and PRAYS:

1. Debtor filed his Chapter 13 Voluntary Petition on July 12, 2018. Docket No. 1.
2. The case was dismissed on December 9, 2019. Docket no. 55.
3. It is our understanding that Debtor is deceased. In light of the aforementioned the Trustee cannot send the $9,574.24 on hand at the moment of the dismissal of the case to Debtor.
4. Given the atypical situation in this case, the Trustee respectfully requests authorization to consign in Court check no. 807122, dated February 5, 2020, in the amount of $9,574.24.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take note of the aforementioned, allow the Trustee to consign in court check no. 807122, dated February 5, 2020, in the amount of $9,574.24.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

**14-day notice**: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

In San Juan, Puerto Rico, this 14th day of February, 2020.

By: **/s/NANNETTE M. GODREAU VÁZQUEZ,ESQ.**
Staff Attorney
USDC 227310
ngodreau@ch13-pr.com
**JOSÉ R. CARRIÓN MORALES**
**CHAPTER 13 TRUSTEE**
P.O. Box 9023884
San Juan, PR 00902-3884
Tel. 977-3535  Fax 977-3550

18-03934-MCF                              CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ALMEIDA & DAVILA PSC*<br>PO BOX 191757<br>SAN JUAN, PR 00919-1757 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | EDUARDO LORENZO BERRIOS MARCANO<br>CONDADO MODERNO<br>L16 CALLE 14<br>CAGUAS, PR 00725 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | CLERK OF THE COURT- CONSIGNMENT OF FUNDS<br>JOSE V TOLEDO FEDERAL BUILDING & US COURTHOUSE<br>300 RECINTO SUR SUITE 134<br>SAN JUAN, PR 00901 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DELIA PINERO ROBLES<br>URB. CONDADO MODERNO<br>L16 CALLE 14<br>CAGUAS, PR 00725 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | ISLAND PORTFOLIO SERVICES,LLC.<br>221 PLAZA SUITE C-2<br>PONCE DE LEON AVE<br>SAN JUAN, PR 00919 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 |
| LCDO. WALBERT PABON GONZALEZ<br>PO BOX 71418<br>SAN JUAN,, PR 00936-8518 | ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| ORIENTAL BANK CENTRALIZED COLLECTIONS UNIT BANKR<br>C/O JAIME RUIZ- SALDANA ESQ<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | POPULAR AUTO<br>C/O VERONICA DURAN CASTILLO, ESQ<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 |
| POPULAR AUTO (POPULAR LEASING)<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | POPULAR AUTO INC.<br>BANKRUPTCY DEPT.<br>PO BOX 366818<br>SAN JUAN,, PR 00936-6818 |

DATED:  February 14, 2020                                      amanzano
                                                               OFFICE OF THE CHAPTER 13 TRUSTEE