IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> EDUARDO LORENZO BERRIOS MARCANO <br><br><br> xx-xx-3839 <br><br> Debtor(s) | CASE NO. 18-03934-MCF13 <br> Chapter 13 <br><br><br><br><br> FILED & ENTERED ON MAR/06/2020 |

ORDER AND NOTICE

A hearing is hereby scheduled for June 25, 2020 at 9:00 AM at the U.S. Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico, to consider the following:

1- TRUSTEE'S MOTION REQUESTING AUTHORIZATION TO CONSIGN FUNDS (DOCKET #57).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6 day of March, 2020.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge