United States Bankruptcy Court
District of Puerto Rico

In re:                                                                Case No. 18-03934-MCF
EDUARDO LORENZO BERRIOS MARCANO                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3          User: machargoa           Page 1 of 2              Date Rcvd: Mar 06, 2020
                              Form ID: pdf001           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db             +EDUARDO LORENZO BERRIOS MARCANO,    URB CONDADO MODERNO,    L16 CALLE 14,    CAGUAS, PR 00725-2445
aty             ALMEIDA & DAVILA P S C,    PO BOX 191757,    SAN JUAN, PR   00919-1757
aty             MAYRA M ARGUELLES ALVAREZ (ZF),    JOSE R CARRION CHAPTER 13,    PO BOX 9023884,
                 SAN JUAN, PR   00902-3884
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR   00902-0192
cr              ORIENTAL BANK CCU,    CCU BANKRUPTCY DEPARTMENT,    PO BOX 364745,    SAN JUAN, PR   00936-4745
4607636        +DELIA PINERO ROBLES,    URB. CONDADO MODERNO,    L16 CALLE 14,    Caguas, PR 00725-2445
4607637         ISLAND PORTFOLIO SERVICES,LLC.,    221 PLAZA SUITE C-2,    PONCE DE LEON AVE,
                 San Juan, PR 00919
4607638         LCDO. WALBERT PABON GONZALEZ,    PO BOX 71418,    San Juan, PR 00936-8518
4607639        +ORIENTAL BANK,    Centralized Collections Unit,    BOX 364745,,    SAN JUAN, P.R. 00936-4745,
                 Att.: RAMN A. SNCHEZ MARRERO 00936-4745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@hacienda.pr.gov Mar 06 2020 19:21:06     DEPARTAMENTO DE HACIENDA,
                 PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR   00902-4140
smg            +E-mail/Text: Quiebras@trabajo.pr.gov Mar 06 2020 19:21:18      PR DEPARTMENT OF LABOR,
                 PO BOX 195540,    HATO REY, PR 00919-5540
smg             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Mar 06 2020 19:20:09     US TRUSTEE,
                 EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR   00901-1922
cr             +E-mail/Text: marilyn.gonzalez@popular.com Mar 06 2020 19:20:55     POPULAR AUTO,
                 PO BOX 366818,    SAN JUAN, PR 00936-6818
4607634         E-mail/Text: marilyn.gonzalez@popular.com Mar 06 2020 19:20:55     BANCO POPULAR,
                 BANKRUPTCY DEPT,    PO BOX 362708,    San Juan, PR 00936-2708
4612063         E-mail/Text: marilyn.gonzalez@popular.com Mar 06 2020 19:20:55     BANCO POPULAR DE PUERTO RICO,
                 BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PR 00936-6818
4607635         E-mail/Text: cfigueroa@crimpr.net Mar 06 2020 19:21:00     CRIM,    PO BOX 195387,
                 SAN JUAN, PR 00919-5387
4633386         E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2020 19:20:52     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4612064         E-mail/Text: marilyn.gonzalez@popular.com Mar 06 2020 19:20:55     POPULAR AUTO,
                 BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PUERTO RICO 00936-6818
4607640         E-mail/Text: marilyn.gonzalez@popular.com Mar 06 2020 19:20:55     POPULAR AUTO INC.,
                 BANKRUPTCY DEPT.,    PO BOX 366818,    SAN JUAN, PR 00936-6818
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +CRIM,   PO BOX 195387,   SAN JUAN, PR 00919-5387
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              CARMEN PRISCILLA FIGUEROA BELL    on behalf of Creditor    CRIM cfigueroa@crimpr.net,
               cpfbkcy@gmail.com
              ENRIQUE M ALMEIDA BERNAL    on behalf of Attorney    ALMEIDA & DAVILA P S C adecfmail@gmail.com,
               almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@gmail.com
              JAIME  RUIZ SALDANA    on behalf of Creditor    ORIENTAL BANK CCU JRUIZ@JRSLAWPR.COM,
               rasanchez@orientalbank.com
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NANNETTE M GODREAU VAZQUEZ (ZF)    on behalf of Trustee JOSE RAMON CARRION MORALES
               ngodreau@ch13-pr.com

```
District/off: 0104-3            User: machargoa            Page 2 of 2                  Date Rcvd: Mar 06, 2020
                                Form ID: pdf001            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      VERONICA  DURAN CASTILLO    on behalf of Creditor    POPULAR AUTO vduran@bppr.com, duranvero@gmail.com
      ZELMA B DAVILA CARRASQUILLO    on behalf of Debtor EDUARDO LORENZO BERRIOS MARCANO adecfmail@gmail.com, almeidadavilapr@gmail.com,almeidadavilapr2@gmail.com
                                                                                            TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EDUARDO LORENZO BERRIOS MARCANO<br><br>xx-xx-3839<br><br>Debtor(s) | CASE NO. 18-03934-MCF13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON MAR/06/2020 |

ORDER AND NOTICE

A hearing is hereby scheduled for June 25, 2020 at 9:00 AM at the U.S. Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico, to consider the following:

1- TRUSTEE'S MOTION REQUESTING AUTHORIZATION TO CONSIGN FUNDS (DOCKET #57).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6 day of March, 2020.

Mildred Caban Flores
United States Bankruptcy Judge