```
                          United States Bankruptcy Court
                              District of Puerto Rico
In re:                                                        Case No. 18-03934-MCF
EDUARDO LORENZO BERRIOS MARCANO                               Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3          User: bujosae              Page 1 of 2       Date Rcvd: Jun 25, 2020
                              Form ID: pdf001            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
db             +EDUARDO LORENZO BERRIOS MARCANO,   URB CONDADO MODERNO,   L16 CALLE 14,   CAGUAS, PR 00725-2445
aty             ALMEIDA & DAVILA P S C,   PO BOX 191757,   SAN JUAN, PR  00919-1757
aty             MAYRA M ARGUELLES ALVAREZ (ZF),   JOSE R CARRION CHAPTER 13,   PO BOX 9023884,
                 SAN JUAN, PR  00902-3884
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
cr              ORIENTAL BANK CCU,   CCU BANKRUPTCY DEPARTMENT,   PO BOX 364745,   SAN JUAN, PR  00936-4745
4607636        +DELIA PINERO ROBLES,   URB. CONDADO MODERNO,   L16 CALLE 14,   Caguas, PR 00725-2445
4607637         ISLAND PORTFOLIO SERVICES,LLC.,   221 PLAZA SUITE C-2,   PONCE DE LEON AVE,
                 San Juan, PR 00919
4607638         LCDO. WALBERT PABON GONZALEZ,   PO BOX 71418,   San Juan, PR 00936-8518
4607639        +ORIENTAL BANK,   Centralized Collections Unit,   BOX 364745,,   SAN JUAN, P.R. 00936-4745,
                 Att.: RAMN A. SNCHEZ MARRERO 00936-4745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@hacienda.pr.gov Jun 25 2020 19:01:43      DEPARTAMENTO DE HACIENDA,
                 PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg            +E-mail/Text: Quiebras@trabajo.pr.gov Jun 25 2020 19:01:49      PR DEPARTMENT OF LABOR,
                 PO BOX 195540,   HATO REY, PR 00919-5540
smg             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Jun 25 2020 19:01:12      US TRUSTEE,
                 EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR  00901-1922
cr             +E-mail/Text: marilyn.gonzalez@popular.com Jun 25 2020 19:01:32      POPULAR AUTO,
                 PO BOX 366818,   SAN JUAN, PR 00936-6818
4607634         E-mail/Text: marilyn.gonzalez@popular.com Jun 25 2020 19:01:32      BANCO POPULAR,
                 BANKRUPTCY DEPT,   PO BOX 362708,   San Juan, PR 00936-2708
4612063         E-mail/Text: marilyn.gonzalez@popular.com Jun 25 2020 19:01:32      BANCO POPULAR DE PUERTO RICO,
                 BANKRUPTCY DEPARTMENT,   PO BOX 366818,   SAN JUAN PR 00936-6818
4607635         E-mail/Text: cfigueroa@crimpr.net Jun 25 2020 19:01:37      CRIM,   PO BOX 195387,
                 SAN JUAN, PR 00919-5387
4633386         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 25 2020 19:01:30      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
4612064         E-mail/Text: marilyn.gonzalez@popular.com Jun 25 2020 19:01:32      POPULAR AUTO,
                 BANKRUPTCY DEPARTMENT,   PO BOX 366818,   SAN JUAN PUERTO RICO 00936-6818
4607640         E-mail/Text: marilyn.gonzalez@popular.com Jun 25 2020 19:01:32      POPULAR AUTO INC.,
                 BANKRUPTCY DEPT.,   PO BOX 366818,   SAN JUAN, PR 00936-6818
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +CRIM,   PO BOX 195387,   SAN JUAN, PR 00919-5387
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
              CARMEN PRISCILLA FIGUEROA    on behalf of Creditor    CRIM cpfbkcy@gmail.com,  cfigueroa@crimpr.net
              ENRIQUE M ALMEIDA BERNAL    on behalf of Attorney    ALMEIDA & DAVILA P S C adecfmail@gmail.com,
               almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@gmail.com
              JAIME  RUIZ SALDANA    on behalf of Creditor    ORIENTAL BANK CCU JRUIZ@JRSLAWPR.COM,
               rasanchez@orientalbank.com
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NANNETTE M GODREAU VAZQUEZ (ZF)    on behalf of Trustee JOSE RAMON CARRION MORALES
               ngodreau@ch13-pr.com
```

```
District/off: 0104-3           User: bujosae              Page 2 of 2                   Date Rcvd: Jun 25, 2020
                               Form ID: pdf001            Total Noticed: 19


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              VERONICA  DURAN CASTILLO    on behalf of Creditor   POPULAR AUTO vduran@bppr.com,
               duranvero@gmail.com
              ZELMA B DAVILA CARRASQUILLO    on behalf of Debtor EDUARDO LORENZO BERRIOS MARCANO
               adecfmail@gmail.com,  almeidadavilapr@gmail.com,almeidadavilapr2@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO
Minute Entry

### Hearing Information:

**Debtor**: EDUARDO LORENZO BERRIOS MARCANO
**Case Number**: 18-03934-MCF13  **Chapter:**13
**Date / Time / Room**: 06/25/2020 09:02 am
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: ED BUJOSA
**Reporter / ECR**: GRACIELA MUNOZ

### Matter:

TRUSTEE'S MOTION REQUESTING AUTHORIZATION TO CONSIGN FUNDS (DKT #57)

### Appearances:

Enrique Almeida on behalf of Debtor
Nannette Godreau on behalf of Jose Carrion, Chapter 13 Trustee

### Minutes of Proceedings:

**ORDER**:

Based on what was stated in open court, the Trustee's Motion for Authorization to Consign Funds (Docket No. 57) is denied. The alternative for the Trustee is to request that the Court declare the funds as unclaimed and deposit the funds as unclaimed or to file an interpleader action in state court.

**/s/MILDRED CABAN FLORES**
**U.S. Bankruptcy Judge**