18-03934-MCF

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| EDUARDO LORENZO BERRIOS MARCANO<br>CONDADO MODERNO<br>L16 CALLE 14<br>CAGUAS, PR 00725 | ALMEIDA & DAVILA PSC*<br>PO BOX 191757<br>SAN JUAN, PR 00919-1757 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DELIA PINERO ROBLES<br>URB. CONDADO MODERNO<br>L16 CALLE 14<br>CAGUAS, PR 00725 | ISLAND PORTFOLIO SERVICES,LLC.<br>221 PLAZA SUITE C-2<br>PONCE DE LEON AVE<br>SAN JUAN, PR 00919 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 |
| LCDO. WALBERT PABON GONZALEZ<br>PO BOX 71418<br>SAN JUAN,, PR 00936-8518 | ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |

| | |
|---|---|
| ORIENTAL BANK CENTRALIZED COLLECTION UNIT BANKRUPTCY DIVISION<br>C/O JAIME RUIZ- SALDANA ESQ<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | POPULAR AUTO<br>C/O VERONICA DURAN CASTILLO, ESQ<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 |
| POPULAR AUTO (POPULAR LEASING)<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | POPULAR AUTO INC.<br>BANKRUPTCY DEPT.<br>PO BOX 366818<br>SAN JUAN,, PR 00936-6818 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | CLERK OF THE COURT- CONSIGNMENT OF FUNDS<br>JOSE V TOLEDO FEDERAL BUILDING & US COURTHOUSE<br>300 RECINTO SUR SUITE 134<br>SAN JUAN, PR 00901 |

Dated July 07, 2020

/S/ José R. Carrión
OFFICE OF THE CHAPTER 13 TRUSTEE