```
                        United States Bankruptcy Court
                             District of Puerto Rico
In re:                                                      Case No. 18-03934-MCF
EDUARDO LORENZO BERRIOS MARCANO                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3          User: fronteram              Page 1 of 1                  Date Rcvd: Aug 11, 2020
                              Form ID: dtd3                Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db             +EDUARDO LORENZO BERRIOS MARCANO,   URB CONDADO MODERNO,   L16 CALLE 14,   CAGUAS, PR 00725-2445
aty             ALMEIDA & DAVILA P S C,   PO BOX 191757,   SAN JUAN, PR  00919-1757
aty             MAYRA M ARGUELLES ALVAREZ (ZF),   JOSE R CARRION CHAPTER 13,   PO BOX 9023884,
                 SAN JUAN, PR  00902-3884
cr              ORIENTAL BANK CCU,   CCU BANKRUPTCY DEPARTMENT,   PO BOX 364745,   SAN JUAN, PR  00936-4745
4607636        +DELIA PINERO ROBLES,   URB. CONDADO MODERNO,   L16 CALLE 14,   Caguas, PR 00725-2445
4607637         ISLAND PORTFOLIO SERVICES,LLC.,   221 PLAZA SUITE C-2,   PONCE DE LEON AVE,
                 San Juan, PR 00919
4607638         LCDO. WALBERT PABON GONZALEZ,   PO BOX 71418,   San Juan, PR 00936-8518
4607639        +ORIENTAL BANK,   Centralized Collections Unit,   BOX 364745,,   SAN JUAN, P.R. 00936-4745,
                 Att.: RAMN A. SNCHEZ MARRERO 00936-4745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: marilyn.gonzalez@popular.com Aug 11 2020 20:06:59     POPULAR AUTO,
                 PO BOX 366818,   SAN JUAN, PR 00936-6818
4607634         E-mail/Text: marilyn.gonzalez@popular.com Aug 11 2020 20:06:59     BANCO POPULAR,
                 BANKRUPTCY DEPT,   PO BOX 362708,   San Juan, PR 00936-2708
4612063         E-mail/Text: marilyn.gonzalez@popular.com Aug 11 2020 20:06:59     BANCO POPULAR DE PUERTO RICO,
                 BANKRUPTCY DEPARTMENT,   PO BOX 366818,   SAN JUAN PR 00936-6818
4607635         E-mail/Text: cfigueroa@crimpr.net Aug 11 2020 20:07:08     CRIM,   PO BOX 195387,
                 SAN JUAN, PR 00919-5387
4633386         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 11 2020 20:06:48     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
4612064         E-mail/Text: marilyn.gonzalez@popular.com Aug 11 2020 20:06:59     POPULAR AUTO,
                 BANKRUPTCY DEPARTMENT,   PO BOX 366818,   SAN JUAN PUERTO RICO 00936-6818
4607640         E-mail/Text: marilyn.gonzalez@popular.com Aug 11 2020 20:06:59     POPULAR AUTO INC.,
                 BANKRUPTCY DEPT.,   PO BOX 366818,   SAN JUAN, PR 00936-6818
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +CRIM,   PO BOX 195387,   SAN JUAN, PR 00919-5387
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
          CARMEN PRISCILLA FIGUEROA    on behalf of Creditor    CRIM cpfbkcy@gmail.com,   cfigueroa@crimpr.net
          ENRIQUE M ALMEIDA BERNAL    on behalf of Attorney    ALMEIDA & DAVILA P S C adecfmail@gmail.com,
           almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com,almeidadavilapr2@gmail.com
          JAIME  RUIZ SALDANA    on behalf of Creditor    ORIENTAL BANK CCU JRUIZ@JRSLAWPR.COM,
           rasanchez@orientalbank.com
          JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
          MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
          NANNETTE M GODREAU VAZQUEZ (ZF)    on behalf of Trustee JOSE RAMON CARRION MORALES
           ngodreau@ch13-pr.com
          VERONICA  DURAN CASTILLO    on behalf of Creditor    POPULAR AUTO vduran@bppr.com,
           duranvero@gmail.com
          ZELMA B DAVILA CARRASQUILLO    on behalf of Debtor EDUARDO LORENZO BERRIOS MARCANO
           adecfmail@gmail.com,  almeidadavilapr@gmail.com,almeidadavilapr2@gmail.com
                                                                                              TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>EDUARDO LORENZO BERRIOS MARCANO<br><br>xxx−xx−3839<br><br><br><br>Debtor(s) | **Case No.** 18−03934 MCF<br><br>**Chapter 13**<br><br><br><br>FILED & ENTERED ON 8/11/20 |

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The instant case has been dismissed. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder, and that the estate be and is hereby closed.

IT IS SO ORDERED.

San Juan, Puerto Rico, this **Tuesday, August 11, 2020** .

Mildred Caban Flores
United States Bankruptcy Judge

cc: JOSE RAMON CARRION MORALES , UST