| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Eduardo | Lorenzo | Berrios Marcano |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: _____ District of Puerto Rico | | | |
| | | | (State) |
| Case number:18-03934 MCF | | | |

RECEIVED AND FILED – MAIL

USBC '23 JAN 18 AM 10:55

---

### Form LBF-B (Rev. 12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 9,574.24 |
|---|---|
| Claimant's Name: | NLP sales,LLC |
| Claimant's Name (2): | |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 7028 W. Waters ave. TampaFl. 33634-2292<br>813-486-5181-nlpsales@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application (copy of a valid driver's license and/or passport). All applicants must file and submit form AO 213P.

---

[1] The Claimant is the party entitled to the unclaimed funds.

| | |
|---|---|
| **4. Notice to United States Attorney** | |
| ☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address: | |

Office of the United States Attorney
for the District of Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, P.R. 00918

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: January, 16 2023 | Date: |
| *[signature]* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Nelson L. Perez | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 7028 W. Waters ave. TampaFl. 33634-2292 | Address: |
| Telephone: 813-486-5161-nlpsaless@gmail.com | Telephone: |
| Email: | Email: |

**6. Notice of Response Time**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTORICO**

In re: )  Case No.: 18-03934MCF
Eduardo Lorenzo Berrios Marcano )
) Chapter: 13
)
xxx-xx-3839 )
)
)
)
Debtor(s) )
)

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

_____NLPsales, LLC_____ hereby moves the Court for an order
(Claimant(s) Name)

directing the United States Bankruptcy Court to disburse the sum of $___9,574.24_____
(Enter amount of claim)

from the Court's registry fund, payable to  Nelson L. Perez, representing
(Claimant(s) Name)

unclaimed funds previously deposited with the Court.

Date _January 16, 2023_____

Supporting documentation attached √___yes ____no

*I understand that pursuant to 18 U.S.C. §§ 152 and 3571, I may be fined up to $500,000, imprisoned for up to 5 years, or both if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.*

01-16-2023

_____
Signature of Claimant  NELSON PEREZ

Nelson L. Perez
Typed or printed name of Claimant

7028 W. Waters Ave Tampa Fl 33634-2292
Address of Claimant

813-486-5161
Telephone Number of Claimant

Nelson@nlpoverages.com
Email Address of Claimant

**UNITED STATES BANKRUPTCY COURT FOR THE
_____ DISTRICT OF _____**

In re: Eduardo Lorenzo Berrios Marcano

xx-xx-3839

Debtor(s).

Case No. 18-03934 MCF13
Chapter 13

## CERTIFICATE OF SERVICE

I, Nelson L. Perez _____ hereby certify that on the  16  day of January _____, 20 23 \_\_\_\_\_, a copy of the Application of Unlcaimed Funds and all supporting documents was served on the United States Attorney for the United States Court   District of Puert Rico _____ via U.S. Mail at the following address: PO BOX 9023884, Old San Juan Station San Juan, P.R. 00902-3884

U.S. Attorney

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 16, 2023

Nelson L. Perez
Signature

# United States Bankruptcy Court
## District of _____

IN RE:

Eduardo Lorenzo Berrios Marcano

xx-xx-3839

CASE NO. 18-03934-MCF13

Chapter 13

DEBTOR(S)

## GENERAL POWER OF ATTORNEY

I, Delia M. Piñero Robles ("Declarant"), residing at UrB, condado moderno calle 14 L16 Caguas, P.R. 00725-2445, hereby appoint Nelson L. Perez ("Agent") of NLPsales, LLC, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; [if appropriate] to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends; and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

Declarant (signature)

Date: 01-16-2023

Agent (phone / email): 813-486-5161-nlpsaless@gmail.com

**Witness #1:**

Signature: _____ Address: CARR 31 KM 19.8 LEY 300, JUNCOS PR 00777

Full Legal Name: ANA L PIÑERO ROBLES

**Witness #2:**

Signature: _____ Address: URB VILLA CARMEN Q38 AVE LUIS MUNOZ MARIN, CAGUAS PR 00725

Full Legal Name: MANUEL SANCHEZ OYOLA

The foregoing instrument was acknowledged before me on 01-16-2023, by Claimant, NELSON PEREZ, who is personally known to me or who has produced FLORIDA DRIVER LICENSE as identification.

ONLINE ID VERIFICATION 01-16-2023

Online notarization performed via audio/video communication

Signature of Notary



Abha Narang
Notary Public-State of Florida
Commission #HH 58961
Commission Expires on Nov 1, 2024

STATE OF FLORIDA
BROWARD COUNTY
01-16-2023

Date of Expiration: 11-01-2024

# Contingency Agreement for Unclaimed Property Services

| Date | Business | Client |
|---|---|---|
| January 16 2023 | NLP sales | DELIA M. Piñero Robles |

This agreement is made by and between Delia M. Piñero Robles (Client) and NLPsales, LLC Tampa, FL 33634 (Business) to provide the services of locating and claiming the unclaimed property in Clients Name being held by a Bankruptcy Court

## TERMS

I. Business is due a percentage of the unclaimed amount only if and when the claim is successful and Client has received their unclaimed property
II. Client agrees to furnish Business with all paperwork requested in a timely manner, in order to facilitate the claim process. This may include, but is not limited to, certified copies of birth certificate, copy of driver's license, and probate documents, if Client is the rightful heir to all property due a person who is deceased.
III. If claim is unsuccessful, Client is under no financial obligation to Business.
IV. Any costs associated with facilitating the claim are the responsibility of the Business, whether or not the claim is successful.
V. At any time during the process, Business may cancel this agreement, for any reason. No monies will be due to the Business if agreement is so canceled.

## COST OF SERVICES

In exchange for the services Business provides to Client under the terms and conditions listed above in regard to the location and claim of Clients unclaimed property, Client agrees to assign 26 % of unclaimed amounts to Business. If Business is unsuccessful in completing the claim and Client does not receive the unclaimed property, Client is fully released from the terms of this agreement and is under no financial obligation to the Business.

DELIA M. Piñero Robles
Client (Print Name)

_____
Client Signature  DELIA MARIA PIÑERO ROBLES

Nelson L. Perez
Representative of Business (Print Name)

_____
Representative of Business Signature

STATE OF FLORIDA
COUNTY OF:

Sworn to (or affirmed) and subscribed before me this __16th__ day of __January__, 20 __23__, by (name of person making statement).          DELIA MARIA PIÑERO ROBLES

_Abha Narang_
Signature of Notary Public-State of Florida)

STATE OF FLORIDA
BROWARD COUNTY

(NOTARY SEAL)
Abha Narang
Notary Public-State of Florida
Commission #HH 58961
Commission Expires on
Nov 1, 2024

Personally Known _____   OR Produced Identification ✓

Online notarization performed via audio/video communication

Type of Identification Produced __PUERTO RICO DRIVER LICENSE DELIA MARIA PIÑERO ROBLES__

# ASSIGNMENT AGREEMENT

This Assignment Agreement (hereinafter "Agreement") is entered into on January 16,, 2023 by and between Delia M. Piñero Robles (hereinafter ("Assignor") and Nelson L. Perez, (hereinafter "Assignee")

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, Delia M. piñero Robles ("Assignor") hereby sells, assigns, conveys and transfers over and unto Nelson L. Perez ("Assignee"), any and all of right, title and interest in and to the below reference funds/claim (s):

The Assigned funds/claim(s):

Court: U.S. Bankruptcy Court    District of Puerto Rico
Case Number: 18-03934-MCF13
Debtor: Eduardo Lorenzo Berrios Marcano
Unclaimed Funds: $ 9,574.24
Assignment Price: $ 2,500.00

CLAIM IS ASSIGN "AS IS", WHERE IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this Notice of Assignment to be executed as of this 16th day of January, 2023

_[signature]_

(Assignor) DELIA MARIA PIÑERO ROBLES

SWORN AND SUBSCRIBED on the 16th day of January, 2023 before me personally appeared DELIA MARIA PIÑERO ROBLES (Assignor)
online id verification
01-16-2023
Online notarization performed via audio/video communication

Identification provided by the above named was:
PUERTO RICO DRIVER LICENSE

_[notary seal and signature]_
Abha Narang
STATE OF FLORIDA
BROWARD COUNTY
01-16-2023
Notary Public-State of Florida
Commission #HH 58961
Commission Expires on Nov 1, 2024

WITNESS my hand and official seal

_Abha Narang_
Signature – Notary Public

Online notarization performed via audio/video communication


Abha Narang
Notary Public-State of Florida
Commission #HH 58961
Commission Expires on
Nov 1, 2024

STATE OF FLORIDA
BROWARD COUNTY
01-16-2023

CONTINUATION OF ASSIGNMENT AGREEMENT DOCUMENT 2 PAGES BY DELIA M. PINERO ROBLES VALID ONLY AS A PAGE 2 OF ASSIGNMENT AGREEMENT DOCUMENT OF 2 PAGES



# DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

## CERTIFICACION DE MATRIMONIO
(CERTIFICATION OF MARRIAGE)

NUMERO: AL4430517

**NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)**
152-2002-00867-020662-052826-01743478

**NOMBRE DEL CONTRAYENTE A (NAME)**
EDUARDO LORENZO BERRIOS MARCANO

**FECHA NACIMIENTO (BIRTHDATE):** 15 OCT 1939
**EDAD (AGE):** 63

**LUGAR NACIMIENTO (BIRTHPLACE):** SAN JUAN, PUERTO RICO

**NOMBRE DEL PADRE (FATHER'S NAME):** LORENZO A BERRIOS
**NOMBRE DE LA MADRE (MOTHER'S NAME):** ALTAGRACIA MARCANO

**NOMBRE DEL CONTRAYENTE B (NAME)**
DELIA MARIA PIÑERO ROBLES

**FECHA NACIMIENTO (BIRTHDATE):** 19 SEP 1955
**EDAD (AGE):** 47

**LUGAR NACIMIENTO (BIRTHPLACE):** JUNCOS, PUERTO RICO

**NOMBRE DEL PADRE (FATHER'S NAME):** JUAN PIÑERO
**NOMBRE DE LA MADRE (MOTHER'S NAME):** ELVIRA ROBLES

**LUGAR DE CELEBRACION (CELEBRATION PLACE):** CAGUAS, PUERTO RICO

**FECHAS (DATES):**
CELEBRACION (CELEBRATION): 09 NOV 2002
INSCRIPCION (REGISTRATION): 20 NOV 2002

**CELEBRANTE (OFFICIANT):** JUEZ (JUDGE)
**NOMBRE DEL CELEBRANTE (OFFICIANT NAME):** ROXANA O'FARRILL GARCIA

**FECHA EXPEDICION (DATE ISSUED):** 4 ENE 2017

---

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE MATRIMONIO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931.

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO, ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931.

SECRETARIO DE SALUD (SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO (STATE REGISTRAR)

OFICIAL
LEY 42 DEL 15 DE JUNIO DE 1988
ENMENDADA POR LEY NUM. 331 DE 2 DE SEPTIEMBRE DE 2000

**ADVERTENCIA/WARNING:** No es valido sin la presencia de la Marca de Agua. Not valid without seen Watermark. Cualquier alteración o borradura cancela esta Certificación. Void if altered or Erased.

**NO ES VALIDO SI SE ALTERA / VOID IF ALTERED**

# CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2019-01201-022685-1442395-02291-743

NOMBRE DEL FALLECIDO (DECEASED NAME)
EDUARDO LORENZO BERRIOS MARCANO

SEXO (SEX)
M

ESTADO CIVIL (MARITAL STATUS)
CASADO (MARRIED)

NOMBRE CONYUGE (SPOUSE'S NAME)
DELIA MARIA PIÑERO ROBLES

FECHA DEFUNCION (DEATH DATE)
11 OCT 2019

FECHA REGISTRO (REGISTRATION DATE)
18 OCT 2019

LUGAR DEFUNCION (DEATH PLACE)
CAGUAS, PUERTO RICO

FUE EMBALSAMADO? (EMBALMED?)
SI FUE EMBALSAMADO (EMBALMED)

FECHA NACIMIENTO (BIRTH DATE)
13 OCT 1939

EDAD (AGE)
79 AÑOS

LUGAR NACIMIENTO (BIRTHPLACE)
SAN JUAN, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
LORENZO ANTOLIN BERRIOS ROIG

NOMBRE DE LA MADRE (MOTHER'S NAME)
ALTAGRACIA MARCANO SANTINI

FECHA EXPEDICION (DATE ISSUED)
21 OCT 2019

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931.

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24 APRIL 22, 1931.

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



Sello
PLAZA DEL MERCADO
5120
10/21/2019
$10.00
EXP DE COPIAS
23
Sello de Rentas Internas
20015-2019-1021-64128017

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED

United States Bankruptcy Court
District of  PuertoRico

In re: Eduardo Lorenzo Berrios Marcano     Case No. 18-03934 MCF

Debtor(s)                                   Chapter  Chapter 13

ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Based upon the Application for Payment of unclaimed funds deposited with the court[1] in the amount of $ 9,574.24 to NLPsales,LLC ("Claimant"), it is hereby Ordered that pursuant to 28 U.S.C. § 2042 the sum of $ 9,574.24 be made payable to:

Nelson L. Perez
(Name of Claimant)

and disbursed to the Claimant at the following address:

7028 W. Waters Ave
(Address of Claimant)

Tampa , FL 33634-2292
(Address of Claimant)


(Address of Claimant)

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
(Tax Identification Number of Claimant)

The Clerk will disburse the funds not earlier than 14 days from entry of this order.

Dated: January 16, 2023           By the Court

---

[1] Pursuant to 11 U.S.C. § 347(a).