IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 18-03934-MCF13 |
| EDUARDO LORENZO BERRIOS MARCANO | Chapter 13 |
| xx-xx-3839 | |
| Debtor(s) | FILED & ENTERED ON MAR/07/2023 |

ORDER

The motion to withdraw unclaimed funds (Docket No. 69) is denied without prejudice for failure to provide evidence that the claimant is entitled to the funds.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of March, 2023.

Mildred Caban Flores
United States Bankruptcy Judge