United States Bankruptcy Court

District of Puerto Rico

In re:     Case No. 18-03934-MCF

EDUARDO LORENZO BERRIOS MARCANO     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: admin     Page 1 of 2
Date Rcvd: Mar 07, 2023     Form ID: pdf003     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | EDUARDO LORENZO BERRIOS MARCANO, URB CONDADO MODERNO, L16 CALLE 14, CAGUAS, PR 00725-2445 |
| aty | | ALMEIDA & DAVILA P S C, PO BOX 191757, SAN JUAN, PR 00919-1757 |
| op | + | NLP SALES LLC, 7028 W WATERS AVE, TAMPA, FL 33634-2292 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:

**Name**     **Email Address**

CARMEN PRISCILLA FIGUEROA
    on behalf of Creditor CRIM cfigueroa@crimpr.net cpfbkcy@gmail.com

ENRIQUE M ALMEIDA BERNAL
    on behalf of Attorney ALMEIDA & DAVILA P S C adecfmail@gmail.com
    almeidadavilapr@gmail.com,DavilaZR71466@notify.bestcase.com

JAIME RUIZ SALDANA
    on behalf of Creditor ORIENTAL BANK CCU rasanchez@orientalbank.com rasanchez@orientalbank.com

JOSE RAMON CARRION MORALES
    newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 07, 2023 | Form ID: pdf003 | Total Noticed: 3 |

NANNETTE M GODREAU VAZQUEZ (ZF)
    on behalf of Trustee JOSE RAMON CARRION MORALES ngodreau@ch13-pr.com

VERONICA DURAN CASTILLO
    on behalf of Creditor POPULAR AUTO vduran@bppr.com duranvero@gmail.com

ZELMA B DAVILA CARRASQUILLO
    on behalf of Debtor EDUARDO LORENZO BERRIOS MARCANO adecfmail@gmail.com
    almeidadavilapr@gmail.com,almeidadavilapr2@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-03934-MCF13 |
|---|---|
| EDUARDO LORENZO BERRIOS MARCANO | Chapter 13 |
| xx-xx-3839 | |
| Debtor(s) | FILED & ENTERED ON MAR/07/2023 |

ORDER

The motion to withdraw unclaimed funds (Docket No. 69) is denied without prejudice for failure to provide evidence that the claimant is entitled to the funds.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of March, 2023.

Mildred Caban Flores
United States Bankruptcy Judge